UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>        Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA; DONALD JOHN TRUMP; ELON REEVE MUSK,<br><br>        Defendants. | 25-cv-1852 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the March 21, 2025, order, the Court dismisses the action without prejudice for failure to comply with the injunction set forth in Mallgren v. United States, ECF 1:14-CV-1420, 6 (S.D.N.Y. May 4, 2016), requiring Plaintiff to obtain leave of court to file a new civil action IFP.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 24, 2025
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge